# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY RAY HARDAWAY, | CASE NO. 1:07-cv-00254-OWW-SMS PC |
| Plaintiff, | ORDER DENYING MOTION FOR SERVICE BY MARSHAL AS PREMATURE |
| v. | (Doc. 16) |
| ACCESS SECUREPAK, et al., | |
| Defendants. | |

Plaintiff Sonny Ray Hardaway ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 10, 2007, plaintiff filed a motion requesting a court order directing the United States Marshal to serve the complaint on defendants.

Plaintiff's motion is premature and shall be denied. Plaintiff is directed to review paragraph twelve of the First Informational Order, filed on May 2, 2007. (Doc. 15.)

Plaintiff's motion for a court order directing the United States Marshal to serve the complaint on defendants, filed May 10, 2007, is HEREBY DENIED AS PREMATURE.

IT IS SO ORDERED.

**Dated:    May 17, 2007**                          /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE

1